IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SPEECH FIRST, INC.,

    Plaintiff,

v.

ALEXANDER CARTWRIGHT, in his official capacity as President of the University of Central Florida, et al.,

    Defendants.

Case No. 6:21-cv-00313

## DECLARATION OF NICOLE NEILY

1. I am the President of Speech First, Inc.

2. Speech First is a nationwide membership organization of students, alumni, and others that is dedicated to preserving civil rights secured by law, including the freedom of speech guaranteed by the First Amendment to the U.S. Constitution. In particular, Speech First seeks to protect the rights of students and others at colleges and universities, through litigation and other lawful means.

3. Speech First has members who are current students at the University of Central Florida.

4. I am personally familiar with, and have spoken to, several of Speech First's members at the University, including Students A, B, and C

mentioned in the complaint. Based on those conversations, I have learned the following.

5. Speech First's members hold a wide array of different views and opinions on matters such as politics, race, religion, gender identity, abortion, gun rights, immigration, foreign affairs, and many other sensitive and controversial topics.

6. Speech First's members at the University want to be able to have open and robust intellectual debates and discussions about these issues on campus, in the City of Orlando, and online, including via email.

7. Yet Speech First's members limit their speech because they reasonably fear it will be considered "humiliating," "harassing," "invasive," "unwanted," "biased," or "hate[ful]" under the University policies challenged in the complaint.

8. Speech First brought this suit to ensure that its members and other students will not face discipline, investigation, or any other negative repercussions from the University for their views or their speech.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 22, 2021.

*[signature]*

Nicole Neily
President of Speech First, Inc.