IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SPEECH FIRST, INC., <br> *Plaintiff*, <br><br> v. <br><br> ALEXANDER CARTWRIGHT, in his official capacity as President of the University of Central Florida, et al., <br> *Defendants*. | Case No. 6:21-cv-00313 |

## DECLARATION OF STUDENT C

1. I am a junior at the University of Central Florida ("the University").

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, would competently testify to them.

3. I am a member of Speech First.

4. I am politically conservative and have views that are unpopular, controversial, and in the minority on campus.

5. I am strongly against illegal immigration. I think it is terrible that certain people cut the line and get government benefits. I believe that I should be allowed to say that certain people are "illegal" immigrants—because they

are here illegally. I believe my views are correct, but many consider them to be "racist."

6. I find the issues surrounding gender identity to be confusing and, frankly, a little silly. I want to be respectful of people, but the argument that there are 20,000 different genders is ridiculous. Many of the things I hear about gender identity are strange and not normal. My views, however, are considered "transphobic" by some people.

7. I strongly support the Second Amendment. We should have the right to bear arms, even assault rifles, in order to protect ourselves from others and from the government.

8. I enrolled in the University because I wanted to learn in a challenging environment where students and faculty are free to engage in lively, fearless debate and deliberation.

9. I want to engage in open and robust intellectual debate with my fellow students about these topics in the classroom, in other areas of campus, online, and in the City of Orlando.

10. Because I have strong views on these issues, I want to speak passionately and repeatedly about them. I want to point out the flaws in fellow students' arguments and encourage them to change their minds or, at a minimum, to understand my views.

11. But the University's harassment and computer policies and the Just Knights Response Team make me reluctant to openly express my opinions.

12. I do not fully express myself or talk about certain issues because I fear that sharing my beliefs will be considered "discriminatory harassment." I fear that other students will find my views "unwanted" or "humiliating" or claim that my views "interfere[] with" their educational opportunities. Many of the topics that I want to address could easily be considered "discriminatory" under the University's definition of "discriminatory harassment." My fears are grounded in my own personal experiences on campus.

13. My fears are amplified by the fact that the University can punish me not only for committing "discriminatory harassment" myself, but also for "complicity" or "failing to intervene" during someone else's "discriminatory harassment."

14. I also want to use the University email system to contact other students in support of conservative initiatives and to oppose student-government proposals regarding controversial political issues. But I do not fully express myself or talk about certain issues because I fear that doing so will be considered a violation of the ResNet User Agreement and UCF Policy 4-002.2, and that I will lose my network privileges or even face disciplinary sanctions as a result. I am scared that other students will characterize emails

asserting my beliefs as "harassing," "invasive," "unwanted," or "hate messages."

15. Finally, I do not fully express myself or talk about certain issues because I fear that other students, faculty members, or others will report me to the Just Knights Response Team for committing a "bias-related" offense. I worry that there are other students who will turn me in for engaging in "biased" speech and that the University will take action against me. For example, I'm afraid that the Just Knights Response Team will keep a record on me, share the allegations with others, call me in for meetings, or refer the allegations to the Office of Student Rights and Responsibility or the UCF police department.

16. I am signing this declaration under a pseudonym because I am a current student at the University and, if my participation in this litigation becomes public, I fear reprisal from the University, my professors, my fellow students, and others.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 16, 2021.

*Student C*
Student C