IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SPEECH FIRST, INC.,<br><br>         Plaintiff,<br><br>  v.<br><br>ALEXANDER CARTWRIGHT, in his official capacity as President of the University of Central Florida; DANA JUNTENEN, in her official capacity as Director of the University of Central Florida Office of Student Rights and Responsibilities and Assistant Dean of Students; MATTHEW HALL, in his official capacity as Vice President for Information Technology and Chief Information Officer;<br>CHRISTINA KHAN, JAMES MANGAN, RESHAWNA CHAPPLE, JILLIAN STURDIVANT, MICHELLE FITZGERALD, ANDREA L. SNEAD, KERRY WELCH, EDWANNA ANDREWS, MICHAEL PRESTON, SHANE LAND, ANGELA WILLIAMS, RONNIE KOROSEC, all in their official capacities as members of the Just Knights Response Team; BEVERLY J. SEAY, TIFFANY ALTIZER, KEN BRADLEY, BILL CHRISTY, JEFF CONDELLO, JOSEPH CONTE, DANNY GAEKWAD, JOSEPH HARRINGTON, SABRINA LA ROSA, CARYL MCALPIN, HAROLD MILLS, MICHAEL OKATY, JOHN SPROUIS, all in their official capacities as members of the University of Central Florida Board of Trustees,<br><br>         Defendants. | Civil Action No. 6:21-cv-00313 |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Speech First, Inc., and all Defendants file this Joint Stipulation of Dismissal, and respectfully stipulate the following:

38155030.1

1. Plaintiff filed suit against Defendants on February 16, 2021.

2. Plaintiff and Defendants stipulate that all claims asserted against the following Defendants are dismissed:

(i) DANA JUNTENEN, in her official capacity as Director of the University of Central Florida Office of Student Rights and Responsibilities and Assistant Dean of Students;

(ii) MATTHEW HALL, in his official capacity as Vice President for Information Technology and Chief Information Officer;

(iii) CHRISTINA KHAN, JAMES MANGAN, RESHAWNA CHAPPLE, JILLIAN STURDIVANT, MICHELLE FITZGERALD, ANDREA L. SNEAD, KERRY WELCH, EDWANNA ANDREWS, MICHAEL PRESTON, SHANE LAND, ANGELA WILLIAMS, RONNIE KOROSEC, all in their official capacities as members of the Just Knights Response Team; and

(iv) BEVERLY J. SEAY, TIFFANY ALTIZER, KEN BRADLEY, BILL CHRISTY, JEFF CONDELLO, JOSEPH CONTE, DANNY GAEKWAD, JOSEPH HARRINGTON, SABRINA LA ROSA, CARYL MCALPIN, HAROLD MILLS, MICHAEL OKATY, JOHN SPROUIS, all in their official capacities as members of the University of Central Florida Board of Trustees.

3. Plaintiff and Defendants further stipulate that any injunctive or declaratory relief or attorney's fees awarded in this action to Plaintiff against Alexander Cartwright, in his official capacity as President of the University of Central Florida, will apply to and be binding on the University of Central Florida.

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **CONSOVOY MCCARTHY PLLC** |
| /s/ *Steven M. Appelbaum* | /s/ *Daniel Shapiro* (with permission) |
| Steven M. Appelbaum | J. Michael Connolly (pro hac vice pending) |
| SAUL EWING ARNSTEIN & LEHR LLP | Cameron T. Norris (pro hac vice pending) |
| 701 Brickell Avenue, 17th Floor | James F. Hasson (pro hac vice pending) |
| Miami, FL 33131 | Daniel Shapiro (FL Bar #1011108) |
| Tel: 305-428-4519 | CONSOVOY MCCARTHY PLLC |
| Steven.Appelbaum@saul.com | 1600 Wilson Blvd., Suite 700 |
| | Arlington, VA 22209 |
| Alexander R. Bilus (pro hac vice pending) | (703) 243-9423 |
| Joshua W.B. Richards (pro hac vice pending) | |
| Centre Square West | |
| 1500 Market Street, 38th Floor | |

38155030.1

Philadelphia, PA 19102
Alexander.Bilus@saul.com
Joshua.Richards@saul.com
*Attorneys for Defendants*

mike@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com
daniel@consovoymccarthy.com
*Attorneys for Plaintiff*

Dated: February 26, 2021

38155030.1