**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SPEECH FIRST, INC.,

    Plaintiff,

v.                                                        Case No: 6:21-cv-313-GAP-GJK

ALEXANDER CARTWRIGHT,

    Defendant.

**ORDER**

This cause is before the Court *sua sponte*. Upon consideration of the record, it is

**ORDERED** that Defendant shall answer or respond to Plaintiff's Amended Complaint (Doc. 30) by August 25, 2021. The parties shall file a Case Management Report by September 10, 2021.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 5, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party