IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SPEECH FIRST, INC., *Plaintiff*, v. ALEXANDER CARTWRIGHT, in his individual capacity and official capacity as President of the University of Central Florida, *Defendant*. | Case No. 6:21-cv-313 |

## JOINT STATUS REPORT

Sixty days ago, the parties jointly moved to suspend all deadlines so they could discuss settlement. Doc. 60. This Court granted that motion and ordered the parties to file a joint status report today. Doc. 61. The parties report that they are finalizing the terms of a settlement. They ask the Court to keep all deadlines suspended another 14 days so they can resolve the last few outstanding issues.

| | |
|---|---|
| Dated: September 12, 2022 | Respectfully submitted, |
| /s/ Cameron T. Norris | /s/ Alexander R. Bilus |
| J. Michael Connolly (pro hac vice)<br>Cameron T. Norris (pro hac vice)<br>James F. Hasson (pro hac vice)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com | Steven M. Appelbaum<br>SAUL EWING ARNSTEIN & LEHR LLP<br>701 Brickell Avenue, 17th Floor<br>Miami, FL 33131<br>Tel: 305-428-4519<br>Steven.Appelbaum@saul.com<br><br>Alexander R. Bilus (pro hac vice)<br>Joshua W.B. Richards (pro hac vice)<br>SAUL EWING ARNSTEIN & LEHR LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Alexander.Bilus@saul.com<br>Joshua.Richards@saul.com |
| *Counsel for Plaintiff Speech First, Inc.* | *Counsel for Defendant Alexander Cartwright* |

## CERTIFICATE OF SERVICE

I filed this report with the Court via ECF, which will electronically serve everyone who requires service.

Dated: September 12, 2022        /s/ Cameron T. Norris