UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SPEECH FIRST, INC.,

    Plaintiff,

v.  Case No:   6:21-cv-313-GAP-DAB

ALEXANDER CARTWRIGHT,

    Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal (Doc. 64), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the stay is lifted and this case is **DISMISSED** with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 26, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties